# RETURN

Case No.: 22-07416MB(JR)

☒ FILED   ☐ LODGED

**Jun 30 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 6-29-22 | 6-30-22 9:15AM | N/A |

INVENTORY MADE IN THE PRESENCE OF

A. Atayde / W. Akins

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

$15,000 CASH

PACKAGING MATERIAL

## NOT EXECUTED

☐ This Warrant was Not Executed.
(check this box if the warrant was never executed and leave the sections above blank.)

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 6-30-22

_____
Executing Officer's Signature

William P. Akins, Postal Inspector
Printed Name and Title